Circuit granted. *Mr. Simone N. Gazan* for petitioner. *Messrs. Raymond Parmer* and *Vernon Sims Jones* for respondent.

No. 273. JOHNSON *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Benjamin M. Golder* and *William A. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Ellis N. Slack,* and *Joseph W. Burns* for the United States.

No. 278. SPIES *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. David V. Cahill* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Morton K. Rothschild* for the United States.

No. 296. TILLER, EXECUTOR, *v.* ATLANTIC COAST LINE RAILROAD Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. Vaughan Gary* for petitioner. *Messrs. Thomas W. Davis* and *Collins Denny, Jr.* for respondent.

No. 299. JERSEY CENTRAL POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION; and

No. 329. NEW JERSEY POWER & LIGHT Co. *v.* FEDERAL POWER COMMISSION. October 12, 1942. Petitions